Greg S. Como (013187) como@lbbslaw.com
Spencer T. Proffitt (027455) proffit@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Nance,<br><br>    Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company, Serco, Inc., Group Long Term Disability Plan for Employees of Serco, Inc.,<br><br>    Defendants. | No. 2:12-cv-01224-FJM<br><br>**STIPULATION TO DISMISS SERCO, INC., AND GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SERCO, INC., WITH PREJUDICE** |

Plaintiff and defendants hereby stipulate that Serco, Inc., and Group Long Term Disability Plan for Employees of Serco, Inc., are dismissed with prejudice, each party to bear its own attorneys' fees and costs.  This stipulation is based on Hartford Life and Accident Insurance Company's agreement to pay any judgment entered in Plaintiff's favor for disability benefits under the Plan.

RESPECTFULLY SUBMITTED July 20, 2012.

| | |
|---|---|
| **SCOTT E. DAVIS PC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By: /s/ Scott Davis<br>    Scott Davis<br>Attorneys for Plaintiff David Nance | By: /s/ Greg S. Como<br>    Greg S. Como<br>    Spencer T. Proffitt<br>Attorneys for Hartford Life and Accident Insurance Company and Group Long Term Disability Plan for Employees of SERCO, Inc. |

4812-8769-4096.1