UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Nance,<br><br>    Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company, Serco, Inc., Group Long Term Disability Plan for Employees of Serco, Inc.,<br><br>    Defendants. | No. CV12-1224-PHX-FJM<br><br>**ORDER DISMISSING DEFENDANTS SERCO, INC., AND GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SERCO, INC., WITH PREJUDICE** |

Having reviewed the parties Stipulation to Dismiss Serco, Inc., and Group Long Term Disability Plan for Employees of Serco, Inc., with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that defendants Serco, Inc., and Group Long Term Disability Plan for Employees of Serco, Inc., are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 23rd day of July, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge