Greg S. Como (013187) como@lbbslaw.com
Spencer T. Proffitt (027455) proffitt@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Nance,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company, SERCO, Inc., Group Long Term Disability Plan for Employees of SERCO, Inc.,<br><br>　　　　Defendant. | No. 2:12-cv-01224-FJM<br><br>**NOTICE OF SETTLEMENT** |

Defendant Hartford Life and Accident Insurance Company hereby notifies the Court that this matter has settled.  The parties will file a Stipulation for Dismissal with Prejudice and proposed Order within thirty days.  Hartford Life respectfully requests that the scheduling conference set for September 28, 2012, be vacated.

RESPECTFULLY SUBMITTED September 12, 2012.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Greg S. Como
　　　Greg S. Como
　　　Spencer T. Proffitt
　Attorneys for Hartford Life and Accident
　Insurance Company



4832-6751-3361.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4832-6751-3361.1

2