Greg S. Como (013187) como@lbbslaw.com
Spencer T. Proffitt (027455) proffitt@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Nance,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company, SERCO, Inc., Group Long Term Disability Plan for Employees of SERCO, Inc.,<br><br>　　　　Defendant. | No. 2:12-cv-01224-FJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Hartford Life and Accident Insurance Company hereby stipulate to the dismissal of all of plaintiff's claims, with each party to bear its own attorneys' fees and costs. Plaintiff's counsel has authorized defense counsel to file this stipulation on his behalf.

RESPECTFULLY SUBMITTED September 25, 2012.

| **SCOTT E. DAVIS PC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| By /s/ Scott E. Davis　　　　.<br>　　Scott E. Davis<br>Attorneys for David Nance | By /s/ Greg S. Como　　　　.<br>　　Greg S. Como<br>　　Spencer T. Proffitt<br>Attorneys for Hartford Life and Accident Ins. Co. |

4810-7035-3681.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo



4810-7035-3681.1

2