UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Nance,<br><br>    Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company, SERCO, Inc., Group Long Term Disability Plan for Employees of SERCO, Inc.,<br><br>    Defendant. | No. CV 12-01224-PHX-FJM<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

Having reviewed the parties Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS ORDERED dismissing plaintiff's claims against the defendant, with each party to bear its own attorneys' fees and costs.

Dated this 25th day of September, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge